UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AWE WATERSPORTS, LLC, as Owner of
the 2019, 10'7" SEA DOO GTI 130, Personal
Watercraft, bearing HIN YDV42454L819
and Florida Registration Number
FL9462SM,

      Plaintiff,

v.                                             Case No:  2:21-cv-823-JLB-KCD

WILLIAM A. ANTHONY, JR. and
POTENTIAL CLAIMANTS,

      Defendants.
_____

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Petitioner's Amended Motion for Entry of Final Default Judgment Against Non-Responding Claimants (Doc. 53) be granted.  (Doc. 54.)  No party has objected, and the time to do so has expired.  A district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  Id.  Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is hereby **ORDERED**:

    1.    The Report and Recommendation (Doc. 54) is **ADOPTED**.

2. Petitioner's Amended Motion (Doc. 53) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a default judgment of exoneration in favor of Awe Watersports, LLC against all potential claimants who did not file a claim or answer in this matter.

**ORDERED** at Fort Myers, Florida, August 19, 2022.

_JOHN L. BADALAMENTI_
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE